```
 1  STEPHEN M. FUERCH, ESQ. [SBN 65864]
    LAW OFFICES OF STEPHEN M. FUERCH
 2  A Professional Corporation
    7901 Stoneridge Drive, Suite 401
 3  Pleasanton, California 94588
    Telephone: (925) 463-1073
 4  Facsimile: (925) 463-2937

 5  Attorney for Plaintiff SEAN P. McNERNEY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN P. McNERNEY,<br><br>　　　　Plaintiff,<br>vs.<br><br>FROST CUTLERY, ACE HARDWARE CORPORATION, and DOES 1 to 30, et al.,<br><br>　　　　Defendants. | Case No.: C 11-03940 JSW<br><br>**STIPULATION CONTINING CASE MANAGEMENT CONFERNCE; AND ORDER THEREN**<br><br>Date:　　　　12/9/11<br>Time:　　　　9:00 a.m.<br>Courtroom:　11, 19th Floor<br>Judge:　　　Hon. Jeffrey S. White |

　　　　The parties, through their respective counsel of record, stipulate to a continuance of the Case Management Conference, now scheduled for December 9, 2011, based on the following showing of good cause:

　　　　The above-captioned matter was reassigned to this Court on or about September 22, 2011.

　　　　Plaintiff, by order this court, re-noticed his Motion For Leave To Amend Complaint to Join Defendant and Remand to State Court for hearing at the earliest available date on this Court's calendar for December 16, 2011. Defendants have filed their opposition to this Motion.

　　　　If plaintiff's Motion is granted on December 16, 2011, this case will be remanded back to Alameda County Superior Court and, therefore, vacate any further appearances before this Court.

///

Stipulation and Order Continuing Case Management Conference　- 1 -

Based on the foregoing, it is respectfully requested and stipulated between the parties that the existing Case Management Conference, now scheduled for December 9, 2011, be continued for approximately thirty days to a date and time convenient to the Court.

DATED: October 18, 2011.

LAW OFFICES OF STEPHEN M. FUERCH
A Professional Corporation

By: /s/
STEPHEN M. FUERCH
Attorney for Plaintiff

DATED: October 20, 2011.

RUSHFORD & BONOTTO, LLP

By: /s/
JAMES W. RUSHFORD
Attorney for Defendants

## ORDER

By stipulation of the parties, and good cause having been found,

IT IS HEREBY ORDERED that the existing Case Management Conference now scheduled for December 9, 2011 is continued until January 6, 2012 at 1:30 p.m., in Courtroom 11 of the above-captioned court.

DATED: October 24, 2011.

/s/ Jeffrey S. White
HON. JEFFREY S. WHITE
Judge of the United States District Court

Stipulation and Order Continuing Case Management Conference   - 2 -